**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION FOR EN BANC RECONSIDERATION

Appellate case name:          Nikolette Ledesma and Elsa Estrada v. City of Houston

Appellate case number:     01-19-00034-CV

Trial court case number:    2017-84026

Trial court:                          270th District Court of Harris County

Date motion filed:              December 8, 2020

Party filing motion:           Appellee

        It is ordered that the motion for en banc reconsideration is **denied**. *See* TEX. R. APP.
P. 49.7.

Judge's signature:   _/s/ April L. Farris_____
                                  ☐ Acting individually     ☑ Acting for the Court

En Banc Court consists of Chief Justice Radack and Justices Kelly, Goodman, Landau,
Hightower, Countiss, Rivas-Molloy, Guerra, and Farris.

Date: June 10, 2021